# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Lawrence Bena, deceased, and                    Civil No. 10-3882 (DWF/AJB)
Melita Bena,

          Plaintiffs,

v.                                              **ORDER FOR DISMISSAL
                                                WITH PREJUDICE**

Guidant Corporation; Guidant Sales
Corporation; Cardiac Pacemakers, Inc.; and
Boston Scientific Corporation,

          Defendants.

_____

Melita Bena, *Pro Se,* Plaintiff.

Dana N. Gwaltney, Esq., Jane J. Bartley, Esq., and Matthew D. Keenan, Esq., Shook,
Hardy & Bacon, LLP, and Jennifer Y. Dukart, Esq., and Joseph M. Price, Esq., Faegre
and Benson, LLP, counsel for Defendants.

_____

      Based on the parties' stipulation (Doc. No. [12]), **IT IS HEREBY ORDERED**

that Plaintiffs' claims against all named Defendants are **DISMISSED WITH**

**PREJUDICE.**   Each party shall bear its own costs.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  January 12, 2011                    s/Donovan W. Frank
                                            DONOVAN W. FRANK
                                            United States District Judge